UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE FRAZEE,
        Plaintiff,

v.

MARIN COUNTY JAIL,
        Defendant.

Case No. 14-cv-01590-JSC

**ORDER DISMISSING CASE WITH PREJUDICE**

By Order filed June 23, 2014, the Court dismissed Plaintiff's complaint without prejudice for failure to state a claim. (Dkt. No. 8.) The Court gave Plaintiff until July 28, 2014 to file an amended complaint, and warned Plaintiff that her failure to do so could lead to dismissal with prejudice. As of the date of this Order Plaintiff has not file an amended complaint and has not otherwise communicated with the Court. Accordingly, this action is dismissed with prejudice. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 18, 2014

JACQUELINE SCOTT CORLEY
United States Magistrate Judge