UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FRAZEE,<br><br>        Plaintiff,<br><br>   v.<br><br>MARIN COUNTY JAIL,<br><br>        Defendant. | Case No. 14-cv-01590-JSC<br><br>**ORDER DIRECTING SERVICE OF THE COMPLAINT** |

        The Court previously granted Plaintiff's Application to Proceed In Forma Pauperis (Dkt. No. 4), but dismissed Plaintiff's complaint under 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief could be granted (Dkt. No. 9). Thereafter, Plaintiff filed a First Amended Complaint alleging constitutional and state law claims in connection with her son's suicide while incarcerated in the Marin County Jail. (Dkt. No. 15.)

        The Clerk of Court shall issue the summons. The Court notes that Plaintiff has named the "Marin County Jail" as the Defendant, which is administered by the Marin County Sheriff. *See, e.g.*, *Anaya v. Marin Cnty. Sheriff*, No. 13-CV-04090-WHO, 2014 WL 6660415, at *5 (N.D. Cal. Nov. 24, 2014) (dismissing pro se civil rights complaint arising out of plaintiff's detention at the Marin County Jail because plaintiff had not alleged a plausible claim for relief against the Marin County Sheriff's Department). Thus, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon the Marin County Sheriff.

        The parties shall appear for an initial Case Management Conference on February 5, 2015, at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. The Joint Case Management Conference Statement is due January 29, 2015.

1    **IT IS SO ORDERED.**

2    Dated: December 2, 2014

3    _____
JACQUELINE SCOTT CORLEY
4    United States Magistrate Judge