UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FRAZEE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIN COUNTY JAIL,<br><br>        Defendant. | Case No. 14-cv-01590-JSC<br><br>**ORDER WITHDRAWING REFERRAL TO FEDERAL PRO BONO PROJECT**<br><br>Re: Dkt. No. 20 |

The Court has been advised by the Federal Pro Bono Project that they have been unable to place this case with pro bono counsel. Accordingly, the referral to the Federal Pro Bono Project is hereby WITHDRAWN and the stay is LIFTED. Plaintiff is advised that the Pro Se Help Desk remains available to provide free legal assistance to her and she may schedule an appointment by calling 415.782.8982.

Defendant shall answer or otherwise respond to Plaintiff's complaint by January 21, 2015. The parties shall appear for a Case Management Conference on February 26, 2015 at 1:30 p.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, California 94102. The Joint Case Management Conference Statement is due February 19, 2015.

**IT IS SO ORDERED**.

Dated: January 7, 2015

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge