UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FRAZEE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIN COUNTY JAIL,<br><br>        Defendant. | Case No. 14-cv-01590-JSC<br><br>**ORDER TO SHOW CAUSE RE: PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 25 |

Plaintiff Julie Frazee, proceeding pro se, brought this action against Defendant Marin County Jail in connection with her son's suicide during his incarceration in April 2013. The Court previously dismissed the action with prejudice after Plaintiff failed to timely file an amended complaint by the deadline to do so. The Court thereafter granted Plaintiff's Motion to Reopen the Case under Federal Rule of Civil Procedure 60(b)(1) and Plaintiff filed her First Amended Complaint. The Court ordered the U.S. Marshal for the Northern District of California to serve the complaint upon the Marin County Sheriff's Office on behalf of the Marin County Jail. Defendant, the Marin County Sheriff's Office, subsequently appeared and filed a motion to dismiss on January 21, 2015. (Dkt. No. 25.) Plaintiff's opposition to that motion was due February 4, 2015; however, Plaintiff has not filed a response to the motion or communicated with the Court in any way.

Plaintiff is hereby Ordered to Show Cause as to why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). **Plaintiff shall show cause and file her opposition to the Motion to Dismiss by February 24, 2015.** Defendant's reply will be due March 3, 2015. The hearing on the motion to dismiss is rescheduled for March 19, 2015 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

1   If Plaintiff fails to respond to this Order, this action may be dismissed without further
2   notice.  Plaintiff is reminded that the Pro Se Help Desk remains available to provide free legal
3   assistance to her and she may schedule an appointment by calling 415.782.8982.

5   **IT IS SO ORDERED**.

6   Dated:  February 10, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2