UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FRAZEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIN COUNTY JAIL,<br><br>    Defendant. | Case No. 14-cv-01590-JSC<br><br>**ORDER APPOINTING COUNSEL** |

Because the Plaintiff has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Harmeet Dhillon and John-Paul Deol of Dhillon Law Group, Inc. are hereby appointed as counsel for Plaintiff Julie Frazee in this matter.

The scope of this referral shall be for:

☒ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    _____

    ☐ discovery as follows:

1
2
3 ☐   other:
4
5

6   All proceedings in this action are hereby stayed until four weeks from the date of this
7 order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project
8 Guidelines posted on the Court's website.
9

10   **IT IS SO ORDERED.**

11 Dated: March 24, 2015

12                                                                                  _____
13                                                                                  JACQUELINE SCOTT CORLEY
                                                                                    UNITED STATES MAGISTRATE JUDGE