HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
KRISTA L. BAUGHMAN (SBN: 264600)
kbaughman@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff Julie Frazee and Arthur Frazee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julie Frazee, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>County of Marin, et al.,<br><br>         Defendants. | Case Number: 14-cv-01590-WHO (KAW)<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] SETTLEMENT CONFERENCE ORDER AS MODIFIED** |



**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiffs Julie and Art Frazee and Defendant County of Marin (collectively "the Parties") hereby stipulate to and request that the magistrate settlement conference currently scheduled for November 13, 2015, with Magistrate Judge Kandis A. Westmore, be continued until February 22, 2016. This date has been approved by all Parties, and Judge Westmore has indicated her availability on this date, as of the time of this filing.

In the Pretrial Order filed by Magistrate Judge Jacqueline Scott Corley on May 8, 2015 (Docket 46), the Court indicated that a magistrate settlement conference should occur "between November 2015 and January 2016, unless the magistrate judge and the parties agree that the settlement conference should occur at a later date."

The Parties have exchanged their initial disclosures and are in the process of conducting initial discovery, including written discovery and depositions. However, this initial discovery will not be completed prior to the November 13, 2015 settlement conference. The Parties believe that completion of early discovery is necessary to permit them to conduct a productive settlement conference, and on that basis have agreed to stipulate to a continuance of the settlement conference until January or February, 2016. Due to pre-existing trial commitments on Judge Westmore's calendar for January, 2016, only dates in February, 2016 were available.

In conclusion, the Parties hereby respectfully request that the settlement conference be continued to February 22, 2016.

Dated:  October 16, 2016                    DHILLON LAW GROUP INC.

                                            By:    /s/ Krista L. Baughman  
                                                   Krista L. Baughman
                                                   Harmeet K. Dhillon
                                                   Attorneys for Plaintiffs

Dated:  October 16, 2015                    HAAPALA, THOMPSON & ABERN, LLP

                                            By:    /s/ Rebecca S. Widen  
                                                   Rebecca S. Widen
                                                   Attorneys for Defendants

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

In accordance with Civil Local Rule 5-1(i)(3), I attest concurrence in the filing of this document has been obtained from the other signatory to this document.

Date: October 16, 2015                                     DHILLON LAW GROUP INC.

                                                                   By:   /s/ Krista L. Baughman
                                                                           Krista L. Baughman

Having reviewed the Parties' Stipulation to Continue Settlement Conference, IT IS HEREBY ORDERED that the Settlement Conference before Magistrate Judge Kandis Westmore shall be rescheduled from November 13, 2015, until February 22, 2016.

**IT IS SO ORDERED.**

Dated: __10/19_____, 2015            _____
                                      Magistrate Judge Kandis A. Westmore

